**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RIVERKEEPER, INC.,<br>Plaintiff,<br><br>v.<br><br>COEYMANS RECYCLING CENTER LLC, COEYMANS RECYCLING CENTER II LLC,<br>Defendants. | Case No. 1:24-cv-1333<br><br>**(PROPOSED) ORDER FOR ENTRY OF CONSENT DECREE AND CASE MANAGEMENT** |

WHEREAS, the Complaint and Civil Cover Sheet in the above-captioned matter (the "Wetlands Matter") were filed October 31, 2024;

WHEREAS, the Civil Cover Sheet in the above-captioned matter, ECF 1-3, referenced as a related matter the case *Riverkeeper, Inc. v. Coeymans Recycling Center LLC and Coeymans Recycling Center II LLC*, Case No. 1:20-cv-1025 (the "Stormwater Matter");

WHEREAS, the Stormwater Matter and the Wetlands Matter involve identical parties and common questions of law and fact;

WHEREAS, the Parties have reached a global settlement resolving the Stormwater Matter and the Wetlands Matter, which is captured in a Consent Decree that has been entered by the Court in the Stormwater Matter, Case No. 1:20-cv-1025, **ECF ____ (the "Consent Decree");**

WHEREAS, pursuant to the Consent Decree, the Court retains continuing jurisdiction for the resolution of any disputes that may arise under the Consent Decree; and

WHEREAS, to avoid unnecessary cost or delay, to maintain a clear record, and to avoid confusion or further dispute over potentially overlapping issues, the Parties desire that any such disputes be presented to the Court's attention through a single matter;

NOW, THEREFORE, without the trial of any issue of fact or law, without the admission by Defendants of any of the facts or violations alleged in the Complaint, upon consent of the Parties, and upon consideration of the mutual promises contained in the Consent Decree,

IT IS HEREBY STIPULATED BETWEEN THE PARTIES AND ORDERED, ADJUDGED AND DECREED BY THE COURT AS FOLLOWS:

1. The terms of the Consent Decree apply with equal force and effect to the Wetlands Matter and is hereby entered in the present case (the Wetlands Matter).
2. The Court shall retain and shall have jurisdiction over the Parties to the Wetlands Matter for the resolution of any disputes that may arise under the Consent Decree.
3. Pursuant to Federal Rule of Civil Procedure 42(a)(3), to avoid unnecessary cost or delay, any disputes or other issues arising under the Consent Decree shall be directed to the attention of the Court via a filing in the Stormwater Matter.
4. The Court shall allow the Wetlands Matter to be reopened for the purpose of enabling the Parties to the Consent Decree to apply to the Court for any further order that may be necessary to construe, carry out, enforce compliance, and/or resolve any dispute regarding the terms or conditions of the Consent Decree.

STIUPLATED:

_________________________
Julia Muench
Super Law Group, LLC
250 Broadway, 24th Floor
New York, NY 10007
212-242-2355 ext. 3
*Attorney for Plaintiff*

_________________________
R. Todd Silliman
Eversheds Sutherland (US) LLP
600 Peachtree Street NE, Suite 5200
Atlanta, GA 30308
404-853-8170
*Attorney for Defendants*

ENTERED and DATED this _____ day of _________________, 2026.

______________________________
Judge Elizabeth C. Coombe
United States District Court